### Mary S. GREGOIRE

v.

### GILBERT PONTIAC CADILLAC CO., INC.

### No. 82–192–M.P.

Supreme Court of Rhode Island.

May 20, 1982.

Gunning, LaFazia & Gnys, Inc., Paul E. Platiau, Providence, for petitioner.

Tobin, & Silverstein, Inc., Nicholas Barrett, Providence, for respondent.

**136**

## ORDER

The petition for writ of certiorari is denied.